

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Roy L. Hill
County Attorney
Ballinger, Texas

Dear Sir:

Opinion No. C-1816
Re: Federal Wage and Hour Law as
applied to school districts
of Texas.

We have your letter of January 4, 1940, making
inquiry of this department on behalf of the Ballinger
Independent School District. You enclose a letter to you
on behalf of the Board of Trustees of the school district,
from which we are advised as follows:

"The Board of Trustees of the Ballinger
Independent School District desire to invoke an
opinion from the Attorney General of Texas as to
whether or not their tax collector and assistant
tax collector come within any class of employees
mentioned in the so-called wage and hour law en-
acted by the Federal government.

"These people do not teach or directly
assist in teaching school but perform all the
duties of the official tax collector of the
school district and do all of the clerical
work of the school board, such as keeping the
minutes of the board meetings, keeping the
books of the school system and etc."

You are advised that the Federal Wage and Hour
Law enacted June 25, 1938, same being Section 201 to 219
of Chapter 8, Title 29 of the U. S. Code annotated, does
not affect State independent school districts at all.
This is because of Sec. 203 subdivision (d), which is as
follows:

"'Employer' includes any person acting directly or indirectly in the interest of an employer in relation to an employee but shall not include the United States or any State or political subdivision of a State, or any labor organization (other than when acting as an employer), or anyone acting in the capacity of officer or agent of such labor organization."

It will be observed at once from this definition of "employer" that it does not include state or political subdivisions of the State. Therefore, the Act will not apply to school districts if they are political subdivisions of the State.

In the case of King's Estate, et al, v. School Trustees of Willacy County, et al, 33 S. W. (2) 783, it was held that school districts are political subdivisions of the State. This case was decided by the San Antonio Court of Civil Appeals, in which writ of error was refused, and seems to be in keeping with the general rule. For this reason, you are advised that the tax collector and assistant tax collector of the Ballinger Independent School District do not come within the provisions of the so-called Wage and Hour Act of the Federal Government.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _Grover Sellars_
Grover Sellars
Assistant

APPROVED JAN 22, 1940

GS-MR

FIRST ASSISTANT
ATTORNEY GENERAL